# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL HERSCHMAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JUJAN NORMAN and DOORDASH, INC.,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-01222<br><br>Judge Bridget Meehan Brennan<br><br>**<u>DISMISSAL WITH PREJUDICE AS TO DEFENDANT JUJAN NORMAN</u>** |

The Plaintiff by and through the undersigned Counsel, in the above matter is dismissing with prejudice as to Defendant JuJan Norman only and at Plaintiff's cost.

　　　　　　　Respectfully submitted,

　　　　　　　/s/ Ricardo Cardenas

　　　　　　　_____
　　　　　　　Russell D. Kornblut (0032818)
　　　　　　　Ricardo Cardenas (0067265)
　　　　　　　CRK LAW, LLC
　　　　　　　4770 Beidler Road
　　　　　　　Willoughby Ohio 44094
　　　　　　　Phone: (440) 519-9818
　　　　　　　Cell (216) 570-4871
　　　　　　　Fax: (440_ 745-0800
　　　　　　　russelld.crk@gmail.com
　　　　　　　Counsel for Plaintiff Michael Herschman

## **<u>CERTIFICATE OF SERVICE</u>**

　　I hereby certify a true and accurate copy of the foregoing Plaintiff's dismissal of Jujan Norman was served on September 11, 2025, via email upon: Peter J. Georgiton and Joseph K. Merical. Dinsmore Shohl, LLP, 191 West Nationwide Blvd. Suite 200.Columbus, Ohio 43215 and Defendant JuJan Norman at 3974 Monticello Boulevard, Cleveland Heights Ohio 44121.

　　　　　　　/s/ Ricardo Cardenas

　　　　　　　_____
　　　　　　　Russell D. Kornblut
　　　　　　　Ricardo Cardenas