UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HERSCHMAN, | ) | CASE NO.  1:25-cv-01222 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| DOORDASH, INC., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

On February 25, 2026, the Court ordered the parties to submit a joint status report on or before March 26, 2026.  (*See* February 25, 2026, Non-Document Order.)  No joint status report was filed.  The Court *sua sponte* extended the deadline for filing a joint status report to April 14, 2026, stating: "The filing of this document is plaintiff's responsibility.  Failure to file as ordered, or without any explanation as to why a joint status report is not possible, will result in dismissal of claims with prejudice for failure to prosecute."  (April 6, 2026, Non-Document Order.)  Again, no joint status report was filed.  Nor did Plaintiff provide any explanation for why a joint status report was not possible.  Indeed, as of the date of this filing, the Court has not received any communication from either of Plaintiff's counsel.  Accordingly, this matter is DISMISSED with prejudice for failure to prosecute.  This case is CLOSED.

**IT IS SO ORDERED.**

Date:   April 15, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE